998

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE v. John V. MAHONEY.
### No. 5213.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE v. John MESSERSCHMIDT.
### No. 5214.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE v. Fred MESSERSCHMIDT.
### No. 5212.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

## COMMISSIONER OF INTERNAL REVENUE v. Louis MILLER.
### No. 5215.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. Pauline MUELLER.
No. 5222.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. Mary J. PAULSON.
No. 5224.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. Jacob P. MUELLER.
No. 5226.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

COMMISSIONER OF INTERNAL REVE-
NUE v. Andrew T. PETERS.
No. 2901.

Circuit Court of Appeals, First Circuit.
Feb. 16, 1934.

PER CURIAM.

Petition for review of decision of the Board of Tax Appeals of August 11, 1933,